

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

December 22, 2020

The Honorable J. Paul Oetken
U.S. District Court Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:   *Securities and Exchange Commission v. Sequential Brands Group, Inc.*,
      20-cv-20471 (JPO)

Dear Judge Oetken:

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Sequential Brands Group, Inc. ("Sequential") write jointly to request a brief extension of the deadline to move, answer or otherwise respond to the Complaint in the above-referenced matter, and to seek Your Honor's approval of a proposed briefing schedule in the event Sequential files a motion to dismiss. This is the parties' first request for an extension.

As brief background, Sequential's counsel waived service of summons on December 16, 2020. Pursuant to Rule 4, Sequential's deadline to move, answer or otherwise respond to the Complaint is February 16, 2021.

The parties have agreed to the following revised deadline and briefing schedule, subject to the Court's approval:

**February 25, 2021:** Deadline for Sequential to move, answer or otherwise respond to the Complaint;

**April 26, 2021:** Deadline for Securities and Exchange Commission to submit brief in opposition to Sequential's Motion to Dismiss;

**June 10, 2021:** Deadline for Sequential to submit reply brief in further support of Motion to Dismiss.

Respectfully submitted,

*[signature]*

By:   Sarah Heaton Concannon
      (SDNY Bar No. SC-9111)
      Securities and Exchange Commission
      100 F Street, N.E.
      Washington, D.C. 20549
      Telephone: (202) 551-5361
      Facsimile: (202) 772-9292
      Email: ConcannonS@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*