UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEQUENTIAL BRANDS GROUP, INC.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-10471 (JPO) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sequential Brands Group, Inc. ("Sequential Brands" or the "Company"), by and through its undersigned counsel, discloses the following:

Sequential Brands does not have a parent corporation. No publicly held corporation owns 10 percent of the Company's stock.

Dated: New York, New York
　　　　October 15, 2021

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By:　/s/ Mary Beth Maloney

　　Mary Beth Maloney
　　Mark A. Kirsch
　　GIBSON, DUNN & CRUTCHER LLP
　　200 Park Avenue
　　New York, New York 10166
　　Telephone: (212) 351-4000
　　E-mail: mmaloney@gibsondunn.com
　　E-mail: mkirsch@gibsondunn.com

　　Monica K. Loseman

2

                            GIBSON, DUNN & CRUTCHER LLP
                            1801 California St.
                            Denver, Colorado 80202
                            Telephone: (303) 298-5700
                            E-mail: mloseman@gibsondunn.com

*Counsel for Defendant Sequential Brands Group, Inc*