UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

v.

SEQUENTIAL BRANDS GROUP, INC.,

               Defendant.

Case No. 1:20-cv-10471 (JPO)

## JOINT STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on December 11, 2020, the Securities and Exchange Commission ("SEC") filed the civil action, *Securities and Exchange Commission v. Sequential Brands Group, Inc.,* Case No. 1:20-cv-10471 (JPO), Dkt. No. 1, against Defendant Sequential Brands Group, Inc. ("Sequential Brands"), in the Southern District of New York, asserting claims under Section 17(a)(3) of the Securities Act, 15 U.S.C. § 77q(a)(3); Section 13(a) of the Exchange Act, 15 U.S.C. § 78m(a), and Rules 12b-20, 13a-1, 13a-11, and 13a-13 promulgated thereunder, 17 C.F.R. §§ 240.12b-20, 13a-1, 13a-11, and 13a-13; Section 13(b)(2)(A) of the Exchange Act, 15 U.S.C. § 78m(b)(2)(A); and Section 13(b)(2)(B) of the Exchange Act, 15 U.S.C. § 78m(b)(2)(B);

**WHEREAS**, on February 25, 2021, Sequential Brands moved to dismiss the Complaint, Dkt. No. 12,

**WHEREAS,** on September 30, 2021, this Court issued an Opinion and Order, Dkt. No. 24, denying Sequential Brands' Motion to Dismiss the Complaint;

**WHEREAS**, on October 14, 2021, Sequential Brands filed an Answer to the Complaint, Dkt. No. 25;

**WHEREAS**, on October 20, 2021, this Court directed the below-parties to appear for an initial pretrial conference on November 12, 2021 and jointly prepare a detailed written proposed schedule for any motions and discovery at least three business days before that conference, Dkt. No. 27;

**WHEREAS**, the below-signed parties have a settlement in principle and have agreed to extend the initial pretrial conference until after December 10, 2021 to prevent unnecessary expenditures of the parties' and judicial resources while that settlement agreement is being finalized;

**WHEREAS**, this is the parties' first request to extend the time of any conference.

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the initial pretrial conference and related deadline for a detailed written proposed schedule should be extended until after December 10, 2021.

Dated:  New York, New York
        November 8, 2021

Respectfully Submitted,

By:   /s/     Mary Beth Maloney

Mary Beth Maloney
Mark A. Kirsch
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
E-mail: mmaloney@gibsondunn.com
E-mail: mkirsch@gibsondunn.com

Monica K. Loseman
GIBSON, DUNN & CRUTCHER LLP
1801 California St.
Denver, Colorado 80202
Telephone: (303) 298-5700

            E-mail: mloseman@gibsondunn.com

            *Counsel for Defendant Sequential Brands Group, Inc*

Dated: Washington, DC       Respectfully Submitted,
    November 8, 2021

            By: */s/ Christopher M. Bruckmann*

            Christopher M. Bruckmann
            Securities and Exchange Commission
            100 F Street, N.E.
            Washington, D.C. 20549
            Telephone: (202) 551-5986
            Facsimile: (804) 708-6125
            Email: BruckmannC@sec.gov

            *Attorney for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED.**

Dated: _____, 2021    By: _____
                   Hon. J. Paul Oetken
                   United States District Judge