UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>SEQUENTIAL BRANDS GROUP, INC.,<br><br>          Defendant. | C.A. No. 20-CV-10471 (JPO) |

**JOINT MOTION TO ENTER FINAL JUDGMENT AS TO DEFENDANT
SEQUENTIAL BRANDS GROUP, INC.**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Sequential Brands Group, Inc. ("Sequential") hereby jointly move the Court to enter a final judgment as to Sequential.

The SEC filed this action on December 11, 2020. The SEC and Sequential have reached a settlement in this case. The terms of the settlement are set forth in the proposed Final Judgment, which is attached as Exhibit 1 to this motion, and the Consent of Sequential Brands Group, Inc., which is attached as Exhibit 2 to this motion. The parties jointly request that the Court enter the proposed Final Judgment as to Sequential, which will resolve all claims in this case. The bases for this motion are that Sequential has consented to the Final Judgment and that considering the allegations of the Complaint, the proposed Final Judgment is fair and in the public interest.

## CONCLUSION

Accordingly, for the reasons set forth above, the parties jointly request that the Court enter the proposed Final Judgment as to Sequential at this time.

Dated: November 29, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Bruckmann* | */s/ Mary Beth Maloney* |
| Christopher Bruckmann | Mary Beth Maloney |
| Securities and Exchange Commission | Monica Loseman |
| Division of Enforcement | Gibson, Dunn & Crutcher LLP |
| 100 F Street, NE | 200 Park Avenue |
| Washington, D.C. | New York, NY 10166-0193 |
| 202-551-5986 | 212-351-2315 |
| BruckmannC@sec.gov | MMaloney@gibsondunn.com |
| Attorney for Plaintiff | MLoseman@gibsondunn.com |
| | Attorneys for Defendant |